```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
              CASE NO. 10-14033-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

OSCAR ARMANDO MARADIAGA,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on July 18, 2013.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on October 24, 2013. A Report and Recommendation on Defendant's admissions to the violations One, Two, of the Petition for Violation of Supervised Release was filed on October 24, 2013. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file, Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety. **DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of November, 2013.

                                              _____
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Russell Killinger, AUSA
        Fletcher Peacok, AFPD
        Dan Osking, USPO
```